affidavit of Thomas S. Knapp; (4) claim, claimant's bond; (5) claimant's plea; (6–11) subpoenas; (12) affidavit of Antoine Peltier; (13) motion for restoration to claimants; (14–17) subpoenas.
*File No. 77.*

## UNITED STATES *versus* PETER LeROY.

JOURNAL ENTRIES: (1) Dec. 12, 1832: marshal given leave to amend return to summons, return amended; (2) Dec. 19, 1832: rule to plead; (3) May 7, 1833: motion for default granted, damages to be assessed by jury; (4) Jan. 22, 1834: discontinued.
PAPERS IN FILE (1832): (1) Precipe for summons; (2) summons and return; (3) declaration.
*File No. 69.*

## UNITED STATES *versus* SMITH HUBBELL.

JOURNAL ENTRIES: (1) Dec. 12, 1832: marshal given leave to amend return to summons, return amended; (2) Dec. 19, 1832: rule to plead; (3) May 7, 1833: motion for default granted, damages to be assessed by jury; (4) Jan. 22, 1834: discontinued.
PAPERS IN FILE (1832): (1) Precipe for summons; (2) summons and return; (3) declaration.
*File No. 70.*

## UNITED STATES *versus* PIERRE ST. AMOUR.

JOURNAL ENTRIES: (1) Dec. 13, 1832: motion for capias granted; (2) Jan. 13, 1834: abated by death of defendant.
PAPERS IN FILE (1832–33): (1) Information; (2) capias and return.
*File No. 79.*

## IN THE MATTER OF JOSEPH YOUNG. . . . .

JOURNAL ENTRIES: (1) Dec. 31, 1832: recognizance to appear "to answer such things as may be brought against him"; (2) May 10, 1833: no bill found, prisoner discharged.
PAPERS IN FILE: [None]
*File No. . . . .*

## IN THE MATTER OF THE ROAD FROM LA PLAISANCE BAY TO INTERSECT THE ROAD FROM DETROIT TO CHICAGO (EBENEZER S. SIBLEY, RELATOR).

JOURNAL ENTRIES: (1) Feb. 9, 1833: petition filed; writ of ad quod damnum ordered issued; time fixed for return of inquisition; notice to Joseph G. Navarre, Isidore Navarre, and Peter Duval ordered given; (2) March 9, 1833: marshal's return and inquisition accepted and confirmed.
PAPERS IN FILE (1833): (1) Information and application for writ of ad quod damnum; (2) writ of ad quod damnum, return, inquisition; (3) receipt for attorney's fees.
*File No. 83.*

## UNITED STATES *versus* TWENTY-FOUR BUSHELS BARLEY AND FORTY BUSHELS OATS.

JOURNAL ENTRIES: (1) May 7, 1833: libel filed, time fixed for hearing, notice ordered published; (2) May 27, 1833: publication proved, motion for judgment; (3) June 28, 1833: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1833): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.
*File No. 88.*

## UNITED STATES *versus* ABRAHAM SALSBURY.

JOURNAL ENTRIES: (1) May 10, 1833: indictment presented, witnesses recognized; (2) Jan. 9, 1834: plea of not guilty, defendant and witnesses recognized, motion for continuance granted, attendance of witnesses proved; (3) June 2, 1834: defendant called on recognizance and did not appear; (4) June 3, 1834: motion for continuance granted, recognizance, attendance of witnesses proved; (5) Jan. 6, 1835: death suggested, abated.
PAPERS IN FILE (1833–34): (1) Record of preliminary hearing; (2–5) subpoenas; (6) indict-